UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 21, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR AYON LOPEZ,

Defendant.

Case No.   2:21-cr-00232-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  OSCAR AYON LOPEZ, Case No.  2:21-cr-00232-KJM  Charge 21 U.S.C. §§ 846 and 841(a)(1), from custody for the following reasons:

____   Release on Personal Recognizance

  X    Bail Posted in the Sum of $   100,000.00.

      X    Unsecured Appearance Bond $   100,000.00.

     ____   Appearance Bond with 10% Deposit

     ____   Appearance Bond with Surety

     ____   Corporate Surety Bail Bond

      X    (Other):  The defendant is to be released at 9:00 a.m. on December 22, 2021. He is directed to report to the Pretrial Services Office immediately upon release.

Issued at Sacramento, California on December 21, 2021 at 4:15 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE