1  COSCA LAW CORPORATION
   CHRIS COSCA     CA SBN 144546
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   OSCAR AYON LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:21-CR-00232-KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **MODIFY PRETRIAL RELEASE** |
| | ) **CONDITIONS** |
| OSCAR AYON LOPEZ, | ) |
| Defendant. | ) |

## **STIPULATION**

Pursuant to the recommendation of Pretrial Services, the parties hereto, through their undersigned counsel, hereby stipulate that defendant's Special Condition of Release #12 (ECF No. 15) be modified to read as follows: "You must not associate or have any contact with co-defendants, with the exception of your son Oscar Fidel Ayon, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer." The government does not oppose this request.

///

///

///

Respectfully submitted,

Dated: March 28, 2022                    /s/ Chris Cosca
                                         CHRIS COSCA
                                         Attorney for Defendant
                                         Oscar Ayon Lopez

Dated: March 28, 2022                     /s/ Justin Lee
                                         JUSTIN LEE
                                         Assistant US Attorney
                                         Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERD.**

Dated: March 28, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE