COSCA LAW CORPORATION
CHRIS COSCA      CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
OSCAR AYON LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>OSCAR AYON LOPEZ,<br><br>        Defendant. | 2:21-CR-00232-KJM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |

## **STIPULATION**

The parties hereto, through their undersigned counsel, hereby stipulate that defendant's Amended Special Conditions of Release #17 (ECF 152) be modified to read as follows: "On December 24, 2024, between the hours of 6:00 PM and 12:00 AM, you may travel to your son's residence at 10238 Paulsen Road, Stockton, California, to celebrate Christmas Eve with your family. The government does not oppose this request. Pretrial Services objects.

///

///

///

///

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. Oscar Ayon Lopez

                                                          Respectfully submitted,

Dated: December 19, 2024                 /s/ Chris Cosca
                                                          CHRIS COSCA
                                                          Attorney for Defendant
                                                          Oscar Ayon Lopez


Dated: December 19, 2024                 /s/ Justin Lee
                                                          JUSTIN LEE
                                                          Assistant US Attorney
                                                          Attorney for Plaintiff


                                                          **ORDER**

**IT IS SO ORDERD.**

Dated: December 23, 2024

                                                          SEAN C. RIORDAN
                                                          UNITED STATES MAGISTRATE JUDGE